Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Norina Najares

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NORINA NAJARES, | Case No.: 2:13-cv-07769-AGR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    The above captioned matter is dismissed with prejudice, each party to bear
2    its own fees, costs, and expenses.
3        IT IS SO ORDERED.

4
     DATE:   June 27. 2014            _____
5                                     THE HONORABLE ALICIA G. ROSENBERG
6                                     UNITED STATES MAGISTRATE JUDGE

1  DATE: June 25, 2014                Respectfully submitted,

2                                     LAW OFFICES OF LAWRENCE D. ROHLFING
                                          /s/ *Vijay J. Patel*
3                                  BY:_____
                                      Vijay J. Patel
4                                     Attorney for plaintiff Norina Najares

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:13-CV-07769-AGR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 25, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Vijay J. Patel*

_____
Vijay J. Patel
Attorneys for Plaintiff
_____